IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| SAMUEL F. ADUSAH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 122-019 |
| | ) | |
| DR. STEVENS, Augusta State Medical Prison, Surgeon, | ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Plaintiff, an inmate at Coffee Correctional Facility in Nichols, Georgia, commenced this case pursuant to 42 U.S.C. § 1983. On February 22, 2022, the Court recommended dismissing the case without prejudice as Plaintiff has accumulated at least three strikes against him and cannot satisfy the dictates of the "imminent danger" exception of § 1915(g), and because he abused the judicial process by providing dishonest information about his filing history. (See doc. no. 3.) Plaintiff responded to the recommendation with a request to voluntarily dismiss his case. (Doc. no. 5.) As no Defendant has filed an answer or a motion for summary judgment, according to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff may dismiss his case without an Order from the Court. Therefore, the Court **DIRECTS** the Clerk to **DISMISS** this civil action without prejudice and terminate all pending motions and deadlines.

SO ORDERED this 10th day of March, 2022, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA